# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-MJ-00251-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| BENIGNO RAMOS, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 423(a)(2)

**Sentence Date:** May 1, 2014

**Review Hearing Date:** March 5, 2015

**Probation Expires On:** May 1, 2015

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,210.00 which Total Amount is made up of a Fine: $   Special Assessment: $   Processing Fee: $   Restitution: $

☒ Payment schedule of $ 130 per month by the 1st of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Defendant was ordered to attend DUI classes.

## COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Defendant has paid a total of $ 1,210.00
☐ If not paid in full when was last time payment:    Date:
                                                      Amount:

☐ To date, Defendant has performed   hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant still has six weeks of DUI classes to attend.

**GOVERNMENT POSITION:**

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance:

Government Attorney: The Government has not received records showing complete payment of the fine and any record of completion of any DUI classes. The Government's records show that only a portion of the fine has been paid to date. The Government has searched the defendant's criminal history, which has indicated that there are no NCIC hits. Because the defendant does not appear to have a valid driver's license, the Government has not been able to check the defendant's criminal history from the DMV.

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/5/2015 at 9:00 a.m.

☒ be continued to 9/17/2015 at 10:00 a.m.; or

☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 3/3/2015          /s/ David O. Hernandez
                         DEFENDANT'S COUNSEL

DATED: 3/4/2015          /s/ Kenneth Jenq
                         SPECIAL ASSISTANT U.S. ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. Report was not filed timely pursuant to the Court's order. Defendant and counsel are ordered to appear at the previous date and time set.

DATED: Mar 4, 2015                                      _____
                                                        **STANLEY A. BOONE**
                                                        United States Magistrate Judge

CAED (Fresno)- Misd. 6 (Rev. 11/2014)