# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BENIGNO RAMOS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:13-MJ-00251-SAB <br><br> **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**   36 CPR 423 (a) (2)

**Sentence Date:**   May 1, 2014

**Review Hearing Date:**   April 16, 2015

**Probation Expires On:**   May 1, 2015

### CONDITIONS OF UNSUPERVISED PROBATION:

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $1,210.00 which Total Amount is made up of a Fine: $ 1,210.00 Special Assessment: $      Processing Fee: $ Choose an item. Restitution: $

☒   Payment schedule of $ 130.00  per month by the 1st of each month.

☐   **Community Service hours Imposed of:**

☒   **Other Conditions:**  Defendant was ordered to attend a First Time DUI Program.

### COMPLIANCE:

☒   Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒   To date, Defendant has paid a total of $ 1,210.00
☐   If not paid in full when was last time payment:          Date: Click here to enter a date.
                                                                                                                  Amount:

☐   To date, Defendant has performed Click here to enter text.  hours of community service.

☒   Compliance with Other Conditions of Probation:  Defendant will not complete the First Time DUI Program until May 14, 2015 (Documents are attached).

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

***GOVERNMENT POSITION:***

☐   The Government agrees to the above-described compliance.

☒   The Government disagrees with the following area(s) of compliance:

Government Attorney:  The Government cannot confirm or deny whether the Defendant will complete the First Time DUI Program on the date specified above.  The Government confirms that the Defendant has paid the fine as specified above, as well as the condition to obey all state, federal and local laws.

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 4/16/2015 at 10:00 a.m.

  ☐   be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒   be vacated.

☒   that Defendant's appearance for the review hearing be waived.

DATED:  4/2/2015                         __/s/   David O. Hernandez_____
                                                              DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

DATED: **Apr 13, 2015**

                                                              **STANLEY A. BOONE**
                                                              United States Magistrate Judge